**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Eric Gene Davis,              ) | No. CV 05-4074-PHX-JAT |
|                                       ) |  |
|     Plaintiff,  ) | **ORDER** |
|                                       ) |  |
| vs.                                ) |  |
|                                       ) |  |
| Joseph Arpaio,              ) |  |
|                                       ) |  |
|     Defendant. ) |  |
|                                       ) |  |

On October 31, 2006, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #6) recommending that this case be dismissed because Plaintiff failed to serve defendant.

Neither party has filed objections to the R&R.[1] Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

---

[1] Defendant has not been served and has not appeared.

1     **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #6) is **ACCEPTED**; and

    **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to serve defendant.

    DATED this 1st day of February, 2007.

                             James A. Teilborg
                             United States District Judge